UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALVIN CRUMP and | * | CIVIL ACTION |
| FRED BROWN | * | |
| | * | NO. 2:10-CV-03593 |
| VERSUS | * | |
| | * | SECTION L, |
| BURAS OILFIELD SERVICES | * | |
| ****************************** | | Magistrate Judge Sally Shushan |

**ORDER**

**IT IS ORDERED**, that the claim of Fred Brown, is hereby dismissed, with prejudice, all parties to bear their own cost.

**IT IS FURTHER ORDERED,** that the claim of Calvin Crump is expressly reserved.

**IT IS FURTHER ORDERED,** that Buras Oilfield Services, LLC reserves its rights to seek contribution from United States Environmental Services, LLC or any other party that may be responsible for any damages allegedly incurred by plaintiffs, Fred Brown and Calvin Crump and satisfied by Buras Oilfield Services, LLC.

Signed this  10th  day of   August   , 2011 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE