433903                                                                                              0108-10372

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN CRUMP and** <br> **FRED BROWN** <br>     **Plaintiffs** <br><br> **VERSUS** <br><br> **BURAS OILFIELD SERVICES, LLC** <br>     **Defendant** | **CIVIL ACTION** <br><br> **NUMBER: 2:10-cv-03593** <br><br> **SECTION "L"** <br> **Judge Eldon E. Fallon** <br><br> **MAGISTRATE** <br> **Magistrate Judge Sally Shushan** |

## O R D E R

Considering the Unopposed Motion to Dismiss Claims of Calvin Crump;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims of the plaintiff, Calvin Crump, as well as all cross-claims, have been settled by way of compromise; and, that the above-entitled and numbered action is hereby dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __8th__ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE